UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE C. DEVELLIS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
    _____/

Case No. 16-12619

Honorable Nancy G. Edmunds

## ORDER AND OPINION ACCEPTING THE MAGISTRATE JUDGE'S May 29, 2018 REPORT AND RECOMMENDATION [31]

Currently before the Court is the magistrate judge's May 29, 2018 report and recommendation that Plaintiff's application for attorney fees (Dkt. 26) be granted in part and denied in part. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

It is further ordered that Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act be GRANTED IN PART and DENIED IN PART. The Court awards Plaintiff legal fees of $4,712.40 and $86.90 in costs, totaling $4,799.30

    SO ORDERED.

                                            s/Nancy G. Edmunds

```
                                Nancy G. Edmunds
                                United States District Judge
```

Dated: June 18, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 18, 2018, by electronic and/or ordinary mail.

```
                                s/Lisa Bartlett
                                Case Manager
```